# United States Court of Appeals for the Federal Circuit

## E R R A T A

November 15, 2006

Appeal No. 06-1090

Non-Precedential Majority Opinion, Akeva v Adidas-Salomon

Decided  November 13, 2006

Page 4, line 19, delete "scoop" and replace with "scope"

Page 4, line 21, delete "scoop" and replace with "scope"